# IN THE SUPREME COURT OF THE STATE OF NEVADA

MOSHE ABITBUL,
                     *Appellant,*

vs.

YESENIA TELLO,
                     Respondent.

No. 75051

FILED

APR 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order issuing a temporary protective order. Eighth Judicial District Court, Clark County; Vincent Ochoa, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. The order issuing a temporary protective order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Because no statute or court rule provides for an appeal from an order issuing a temporary protective order, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-14359

cc:  Hon. Vincent Ochoa, District Judge
     Moshe Abitbul
     McKellar Family Law
     Legal Aid Center of Southern Nevada, Inc.
     Eighth District Court Clerk

